[244]                        DEN v. McDONALD.

A notice of trial and countermand is such a proceeding within the year
as supersedes the necessity for a term's notice of trial.

In ejectment.   In this cause it was held that a notice of
trial and countermand within the year, was such a proceeding
as to supersede the necessity for a term's notice of trial. (a)

(a) See 1 *Richards C. P.* 115; *Green* v. *Gauntlet*, 1 *Str.* 531; 1 *Sellon
Prac.* 408; 2 *Tidd's Pr.* 696; 3 *East* 1.